Charlotte Williams
318 703-1208

RECEIVED

NOV 1 3 2023 (new suit)

TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

11-6-2023

I Will Like To File this
Complicant PRO-Se Plantiff
Crime Gerald Ataway 3050
Dr Martin Luther King Dr
Southern Universt Secunt
Guard universal officer
Is were He Is At Now
In S-port Police Car num 74
He Is Not A S-port Police
officer He made A Lap-Top
Computer Not A stalling Device
they Look In telephone Book
Bell South Home phone 318
616-4019 And they Turn
them Into one With A Dise
With A stun Gun Called A
Laser A Deadly Weapon A
Zleael Weapon prohibited
By LAw Ex-LT- Hamilton
S port City Jail made
A Lap-Top Computer Sheriff
Steve praton City Marshall
Jol-Jon made the Dise
our names Is In the Dise
& Body one Gons Residents
university Park Dr martin
cuther King Jr Communty All
communties

3:23-cv-1616

Charlassetta Williams
318 703-1208
11-6-2023
Criminal Charges United States
Attorney Office
Complcant I am being
Stalked me and my children
Grandchildren + Great Grandbaby
Attempted Second Degree murder
Federal F.B.I Federal
Agent m.B. Kinder Crime m.B.
United Dpt of Justice Kinder
461 Edward St S port LA 71101
Local police + Family members
now Federal Court Building
wester Distrct of LA U.S. Courts
United Gocernment Dpt of Justice
Hase JSO Lap-Top Computer
Stalling And Local police
Lap-Top Computer In Car
S port police office mike
Edwards S port City Jail
JSS Hope St S- port LA 71101
LT-S up Stalling Stalling By Talking
Tracted of the Body Orcears
the Heart Attempted Second
Degree murder A Felory
Federal All who Have them

In my Home In the WAll
Who art In the WAll they In the
Room & and In the sky